# Third District Court of Appeal
## State of Florida

Opinion filed March 25, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0329
Lower Tribunal No. 21-5567-CA-01
_____

**Richard M. Samuel,**
Appellant,

vs.

**Hamptons West Condominium Association, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ariana Fajardo Orshan, Judge.

Richard Samuel, in proper person.

Poliakoff Backer, LLP, and Kenneth E. Zeilberger (Boca Raton), for appellee.

Before SCALES, C.J., and LOGUE and LOBREE, JJ.

PER CURIAM.

Affirmed.